# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ENGLERT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 15-cv-04814-HSG<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

The Court, having reviewed the Stipulation to Continue the Scheduling Conference, finds that good cause exists to enter an order, as follows:

1. The Scheduling Conference is continued from June 21, 2016 at 2:00 p.m. to June 28, 2016, at 2:00 p.m.

2. The Joint Rule 26(f) Report is due June 21, 2016

Dated: June 9, 2016

　　　　　　　　　　　　　　　　　　Hon. Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

150136.1

1

Case No. 15-cv-04814-HSG
ORDER GRANTING STIPULATION TO
CONTINUE SCHEDULING CONFERENCE