# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ENGLERT,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>  Defendant. | Case No. 15-cv-04814-HSG<br><br>**ORDER UPON REQUEST FOR COUNSEL FOR DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date: June 28, 2016<br>Time: 2:00 p.m.<br>Location: Courtroom 15, 18th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Court having reviewed the Request to Appear Telephonically at the Case Management Conference Counsel for Defendant The Prudential Insurance Company of America ("Prudential"), Cindy Mekari, finds good cause exists to enter an order approving the request to appear telephonically at the Case Management Conference, which is set for June 28, 2016 at 2:00 p.m. in Courtroom 15th, 18th Floor, before the Honorable Haywood S. Gilliam, Jr.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated:  June 10, 2016

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

147195.1

1

Case No.  15-cv-04814-HSG
ORDER UPON REQUEST FOR COUNSEL FOR DEFENDANT TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE