UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER ENGLERT,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

Case No. 15-cv-04814-HSG

**SCHEDULING ORDER**

Pursuant to the Court's instructions at the Case Management Conference held on April 11, 2017, *see* Dkt. No. 52, the Court **SETS** the following schedule:

| | |
|---|---|
| Deadline to file joint discovery letter brief: | April 25, 2017; |
| Deadline to file opening Rule 52 briefs: | Oct. 19, 2017; |
| Deadline to file responsive Rule 52 briefs: | Nov. 2, 2017; |
| Deadline to file findings of fact & conclusions of law: | Nov. 9, 2017; |
| Half-day Rule 52 hearing/Bench trial: | Nov. 15, 2017 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: 4/21/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge