# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ENGLERT, | Case No. 4:15-cv-4814-HSG |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 4:15-CV-4814-HSG, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER STIPULATED that all dates calendared for this matter, including the telephonic conference scheduled for October 31, 2017, at 3:00 p.m., are vacated.

IT IS HEREBY FURTHER ORDERED that each party shall bear their own attorneys' fees and costs in this matter.

Dated: October 30, 2017

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

1  Case No. 4:15-cv-4814-HSG
ORDER RE DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE